1 Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
2 First Library Square
1114 Fremont Avenue
3 South Pasadena, CA 91030-3227

4 Tel:  626-799-9797
Fax: 626-799-9795
5 TPRLAW@att.net

6 Attorneys for Plaintiff
J & J Sports Productions, Inc.

7

8                 UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Marco Antonio Gallard,<br><br>Defendant. | CASE NO. 2:13-cv-08927-PLA<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARCO ANTONIO GALLARD, individually and d/b/a TUCANAZO BAR A/K/A EL TUKANAZO BAR |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MARCO ANTONIO GALLARD, individually and d/b/a TUCANAZO BAR A/K/A EL TUKANAZO BAR, that the above-entitled action is hereby dismissed **with prejudice** against MARCO ANTONIO GALLARD, individually and d/b/a TUCANAZO BAR A/K/A EL TUKANAZO BAR and subject to the Court's jurisdiction to enforce, approve, and enter the Stipulated Judgment agreed upon by the Parties.

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____      Dated:  March 29, 2016
**The Honorable Paul L. Abrams**
**United States District Court**
**Central District of California**