1 | THOMAS P. RILEY, SBN 194706
  | LAW OFFICES OF THOMAS P. RILEY, P.C.
2 | First Library Square
  | 1114 Fremont Avenue
3 | South Pasadena, CA 91030

4 | Tel:  626-799-9797
  | Fax: 626-799-9795
5 | TPRLAW@att.net

6 | Attorneys for Plaintiff
  | J & J Sports Productions, Inc

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 2:13-cv-08927 -PLA |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED JUDGMENT |
| vs. | |
| MARCO ANTONIO GALLARD, | |
| Defendant. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Ten Thousand Dollars ($10,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J SPORTS PRODUCTIONS, INC., and against defendant MARCO ANTONIO GALLARD, individually and d/b/a TUCANAZO BAR.

///

///

///

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____     Dated:  March 29, 2016
**The Honorable Paul L. Abrams
United States District Court
Central District of California**